CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

OMURBEK TALANT UULU,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

Defendants.

Case No. 3:25-cv-06398-JD

**JOINT STIPULATION TO CONTINUE
DEADLINE; [PROPOSED] ORDER**

The parties, through their attorneys, submit this joint stipulation to continue the deadline for Defendants to file a dispositive motion. On December 3, 2025, the Court granted the parties' request to set the response and dispositive motion deadlines in this matter. Dkt. 11. On January 5, 2026, Defendants filed an answer to Plaintiff's Complaint. Dkt. 12. The deadline for Defendants to file a dispositive motion is March 6, 2026. Dkt. 11.

On December 2, 2025, USCIS issued Policy Memorandum PM-602-0192, *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries* ("Policy Memorandum"), placing a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-

Stipulation
C 3:2-cv-06398-JD                           1

PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed March 6, 2026). The Policy Memorandum states that within 90 days of issuance of the memorandum, USCIS will issue operational guidance. *Id.* at 3. As of the date of this filing, the hold has not been lifted, and further guidance has not yet been issued. In order to allow time for additional guidance to be issued pursuant to the Policy Memorandum, the parties have agreed to continue dispositive pleading deadline.

Accordingly, the parties stipulate and request that the new deadline for Defendants to file a dispositive motion be continued to April 6, 2026.

Dated: March 6, 2026                          Respectfully submitted,[1]

                                              CRAIG H. MISSAKIAN
                                              United States Attorney


                                               */s/ Molly A. Friend*
                                              MOLLY A. FRIEND
                                              Assistant United States Attorney
                                              Attorneys for Defendants


Dated:  March 6, 2026

                                              */s/ Christina Sullivan Castro*
                                              CHRISTINA SULLIVAN CASTRO
                                              Hacking Immigration Law LLC
                                              Attorney for Plaintiffs

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:2-cv-06398-JD                             2

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendants shall file any dispositive motion by April 6, 2026.

Date: March 23, 2026

_____
JAMES DONATO
United States District Judge

Stipulation
C 3:2-cv-06398-JD                    3